**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 6, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00425-CV

## IN RE ESTATE OF ELIZABETH BETTY JEAN WILWERDING THROUGH ITS PERSONAL REPRESENTATIVE CAROL SOUSA, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
151st District Court
Harris County, Texas
Trial Court Cause No. 2016-77743**

## MEMORANDUM OPINION

On May 22, 2019, relator the Estate of Elizabeth Betty Jean Wilwerding Through its Personal Representative Carol Sousa filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to strike the

current arbitrator and hold an evidentiary hearing concerning whether the decedent had the capacity to sign the contract at issue or whether the contract is void.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.